# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| MATTHEW JOHN HULL, | Civil Nos. 16-3366 (JRT/LIB) |
| Plaintiff, | |
| v. | |
| ST. CLOUD TIMES MEDIA, et al., | **ORDER ADOPTING REPORT AND RECOMMENDATIONS** |
| Defendants. | |

_____

Matthew John Hull, OID #237161, MCF-Rush City, 7600 525th Street, Rush City, MN 55069, for plaintiff.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 20, 2016          s/John R. Tunheim
at Minneapolis, Minnesota         JOHN R. TUNHEIM
                                  Chief Judge
                                  United States District Court